08-60177.o1

**UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA**
Miami Division

Case Number: 08-60177-CIV-ALTONAGA-BROWN

MATTHEW K. GAISSER, on behalf of himself
and all others similarly situated,

    Plaintiff,

vs.

PORTFOLIO RECOVERY ASSOCIATES, LLC,

    Defendant.
_____/

## ORDER GRANTING MOTION TO COMPEL

**This matter** is before this Court on Plaintiff's Motion to Compel Discovery, filed September 29, 2008 (D.E. 67). The Court has considered the motion, noted the lack of a response thereto and considered all pertinent materials in the file. The failure to respond may be deemed grounds to grant the motion by default pursuant to Local Rule 7.1.C.

The Court being otherwise fully advised in the premises, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The motion to compel is **GRANTED.** Defendants shall have ten (10) days from the date of this order to answer (not object to) the interrogatories, to produce (not object to) the documents sought, and to show cause in writing, why the Requests for Admissions should not be deemed admitted.

2. Defendants shall have five (5) days from the date of this order to show good cause, in

1

writing, why sanctions should not be imposed for the necessity of the filing of the motion to compel.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 3d day of October, 2008.

```
                                    STEPHEN T. BROWN
                                    UNITED STATES MAGISTRATE JUDGE
```

cc: Honorable Cecilia M. Altonaga
    Counsel of record