UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 08-60177-CIV-ALTONAGA/Brown**

**MATTHEW K. GAISSER**,
on behalf of himself and
all others similarly situated,

    Plaintiff,

vs.

**PORTFOLIO RECOVERY ASSOCIATES, LLC**; **ROBERT J. OROVITZ, P.A.** d/b/a **HAYT, HAYT, & LANDAU**; and **ROBERT J. OROVITZ**,

    Defendants.
_____/

**ORDER**

**THIS CAUSE** is before the Court upon Notice of Settlement [D.E. 203] by Plaintiff, Matthew Gaisser, and Defendants, Robert J. Orovitz, P.A., and Robert J. Orovitz.[1] The Court having reviewed the file, and being otherwise fully advised, it is hereby

**ORDERED and ADJUDGED** that

1.    The parties are to file a Stipulation for Final Order of Dismissal with Prejudice as to Robert J. Orovitz, P.A., and Robert J. Orovitz within 20 days of the date of this Order. Upon the parties' filing of the Stipulation, the Court will enter an order dismissing the case with prejudice. Pursuant to the CM/ECF Administrative Procedures, the proposed order **shall be submitted to the Court by e-mail in WordPerfect or Word format** at altonaga@flsd.uscourts.gov.

---

[1] Defendant, Portfolio Recovery Associates, earlier settled with Plaintiffs and has been dismissed from this case.

Case No. 08-60177-CIV-ALTONAGA/Brown

2. This case is administratively **CLOSED**.

3. All pending motions are **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Miami, Florida this 20th day of April, 2009.

_____
**CECILIA ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record